IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW KISH<br><br>*Plaintiff,*<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>*Defendant.* | CIVIL ACTION<br>NO. 18-0679 |

## **ORDER**

**AND NOW**, this 17th day of January, 2019, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Jacob P. Hart, (ECF No. 13), and it appearing that neither plaintiff nor the Commissioner have objected to the report,[1] it is hereby ORDERED that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for review is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[1] When no objection is made to a Report and Recommendation, the Court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes; *see also Oldrati v. Apfel*, 33 F. Supp. 2d 397, 399 (E.D. Pa. 1998). No clear error appears on the face of the record and the Court accordingly accepts Judge Hart's Recommendation.